FILED IN CHARLESTON
U.S. BANKRUPTCY COURT

DEC 6 2021

SOUTHERN DISTRICT
WEST VIRGINIA

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**Case Name:**

RONALD LEE RAINES and,
Sandra Gayle,

Case Number: 11-10094

Chapter 7

Debtor.

## TRUSTEE FUNDS SUBMISSION FORM

\_\_\_\_\_ Attached is a check in the amount of $_____ for deferred filing fees or other court costs as listed below:

Adversary Case No. _____ $_____
Adversary Case No. _____ $_____
Other: _____ $_____

\_\_\_\_\_ Attached is a check in the amount of $_____ for claims under $5.00 to be treated as unclaimed funds pursuant to Bankruptcy Rule 3010(a). Such check consists of funds due to the Claimant(s) listed below.

**X** Attached is a check which reflects unclaimed funds in the amount of **$ 40,000.00**, due to returned checks and for checks not presented for payment within 90 days, etc. Such check consists of funds returned from the claimant(s) listed below:

| CHECK-CLAIM NUMBER | CLAIMANT (name & address) | SSN (last 4 digits only) or FEIN (all digits) | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| 3001 | Ronald Raines and Sandra Raines<br>Rt 1, Box 299<br>Lindside, WV 24951 | | $ 40,000.00 |

ROBERT L. JOHNS, TRUSTEE