UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Case Name:

**RONALD LEE RAINES and
SANDRA GAYLE RAINES,
Debtors.**

Case Number: 11-10094
Chapter 7

## TRUSTEE FUNDS SUBMISSION FORM

_____ Attached is a check in the amount of $ _____ for deferred filing fees or other court costs as listed below:

Adversary Case No. _____    $_____
Adversary Case No. _____    $_____
Other: _____    $_____

_____ Attached is a check in the amount of $2,141.83 for claims under $5.00 to be treated as unclaimed funds pursuant to Bankruptcy Rule 3010(a). Such check consists of funds due to the Claimant(s) listed below.

__X__ Attached is a check which reflects unclaimed funds in the amount of **$57,324.51**, due to returned checks and for checks not presented for payment within 90 days, etc. Such check consists of funds returned from the claimant(s) listed below:

| CHECK-CLAIM NUMBER | CLAIMANT (name & address) | SSN (last 4 digits only) or FEIN (all digits) | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| 3007- Debtor surplus | Ronald Lee Raines and Sandra Gale Raines<br>Rt. 1 Box 299<br>Lindside, WV 24941 | 35-7290839 & 35-7290840 | $57,324.51 |

ROBERT L. JOHNS, TRUSTEE