UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

| In re: | § | Case No. 11-10094-BMM |
|---|---|---|
|  | § |  |
| RONALD LEE RAINES | § |  |
| SANDRA GAYLE RAINES | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Robert L. Johns, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $174,891.44 | Assets Exempt: | $17,908.56 |
| Total Distributions to Claimants: | $33,869.70 | Claims Discharged Without Payment: | $72,867.85 |
| Total Expenses of Administration: | $130,886.82 | | |

3)   Total gross receipts of $262,081.03  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $97,324.51 (see **Exhibit 2),** yielded net receipts of $164,756.52 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $305,868.57 | $30,597.96 | $30,597.96 | $30,597.96 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $130,886.82 | $130,886.82 | $130,886.82 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $76,062.85 | $3,195.00 | $3,195.00 | $3,271.74 |
| **Total Disbursements** | $381,931.42 | $164,679.78 | $164,679.78 | $164,756.52 |

4). This case was originally filed under chapter 7 on 05/03/2011. The case was pending for 134 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2022          By:  /s/ Robert L. Johns
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Actos Products Liability Litigation | 1149-000 | $262,081.03 |
| **TOTAL GROSS RECEIPTS** | | **$262,081.03** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| United States Bankruptcy Clerk | Funds to Third Parties | 8500-002 | $97,324.51 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$97,324.51** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Medicare/Medicaid/Private | 4220-000 | $0.00 | $30,597.96 | $30,597.96 | $30,597.96 |
| | Citizens National Bank | 4110-000 | $62,525.00 | $0.00 | $0.00 | $0.00 |
| | Santander Consumer USA | 4110-000 | $9,019.57 | $0.00 | $0.00 | $0.00 |
| | Walker Mortgage | 4110-000 | $234,324.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$305,868.57** | **$30,597.96** | **$30,597.96** | **$30,597.96** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert L. Johns, Trustee | 2100-000 | NA | $11,487.83 | $11,487.83 | $11,487.83 |
| Robert Johns, Trustee | 2200-000 | NA | $96.48 | $96.48 | $96.48 |
| Pinnacle Bank | 2600-000 | NA | $711.42 | $711.42 | $711.42 |
| Lien Resolution Administrator | 2990-000 | NA | $680.00 | $680.00 | $680.00 |
| Turner & Johns PLLC, Attorney for Trustee | 3110-000 | NA | $7,950.00 | $7,950.00 | $7,950.00 |
| Turner & Johns | 3120-000 | NA | $55.23 | $55.23 | $55.23 |

| | | | | | |
|---|---|---|---|---|---|
| PLLC, Attorney for Trustee | | | | | |
| Multi-District Litigation Common Benefit Fund - Special Counsel Fees, Special Counsel for Trustee | 3210-600 | NA | $22,538.97 | $22,538.97 | $22,538.97 |
| Special counsel for Trustee Fees, Special Counsel for Trustee | 3210-600 | NA | $80,855.19 | $80,855.19 | $80,855.19 |
| Multi-District Litigation Common Benefit Fund - Special counsel expenses, Special Counsel for Trustee | 3220-610 | NA | $2,916.07 | $2,916.07 | $2,916.07 |
| Special counsel for Trustee expenses, Special Counsel for Trustee | 3220-610 | NA | $3,595.63 | $3,595.63 | $3,595.63 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$130,886.82** | **$130,886.82** | **$130,886.82** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Appalachian Surgical Associates | 7200-000 | $3,195.00 | $3,195.00 | $3,195.00 | $3,195.00 |
| | Appalachian Surgical Associates | 7990-000 | $0.00 | $0.00 | $0.00 | $76.74 |
| | ACV, Inc. | 7100-000 | $422.00 | $0.00 | $0.00 | $0.00 |
| | Associated Pathologists, Inc | 7100-000 | $29.49 | $0.00 | $0.00 | $0.00 |
| | CACV | 7100-000 | $19.10 | $0.00 | $0.00 | $0.00 |
| | Capital Management Services | 7100-000 | $4,061.40 | $0.00 | $0.00 | $0.00 |
| | Carilion Clinic | 7100-000 | $669.00 | $0.00 | $0.00 | $0.00 |
| | Carilion Clinic | 7100-000 | $26,742.05 | $0.00 | $0.00 | $0.00 |
| | Carilion Emergency Phys | 7100-000 | $1,285.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Chase | 7100-000 | $5,017.18 | $0.00 | $0.00 | $0.00 |
| Dominion Pathology Associates | 7100-000 | $85.00 | $0.00 | $0.00 | $0.00 |
| Dr. Shahid Rane | 7100-000 | $69.13 | $0.00 | $0.00 | $0.00 |
| Foot Pain Center | 7100-000 | $32.30 | $0.00 | $0.00 | $0.00 |
| Home Depot Credit Services | 7100-000 | $820.00 | $0.00 | $0.00 | $0.00 |
| Med Key | 7100-000 | $3,721.81 | $0.00 | $0.00 | $0.00 |
| Mercer County Teachers FCU | 7100-000 | $11,426.00 | $0.00 | $0.00 | $0.00 |
| Montgomery Regional Hospital | 7100-000 | $10,906.08 | $0.00 | $0.00 | $0.00 |
| Northstar Location Services | 7100-000 | $5,871.87 | $0.00 | $0.00 | $0.00 |
| Sears Gold Mastercard | 7100-000 | $1,239.32 | $0.00 | $0.00 | $0.00 |
| SW VA Ent. Associates | 7100-000 | $76.28 | $0.00 | $0.00 | $0.00 |
| TCM, Inc. | 7100-000 | $305.92 | $0.00 | $0.00 | $0.00 |
| The West Clinic | 7100-000 | $68.92 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $76,062.85 | $3,195.00 | $3,195.00 | $3,271.74 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-10094-RGP | Trustee Name: | Robert L. Johns |
| --- | --- | --- | --- |
| Case Name: | RAINES, RONALD LEE AND RAINES, SANDRA GAYLE | Date Filed (f) or Converted (c): | 05/03/2011 (f) |
| For the Period Ending: | 7/11/2022 | §341(a) Meeting Date: | 07/01/2011 |
| | | Claims Bar Date: | 10/26/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | mobile home and property located at 178 Locust St. Lindside, WV | $60,000.00 | $0.00 | | $0.00 | FA |
| 2 | house located at 1744 Shinault Rd. Byhalia MS | $100,000.00 | $0.00 | | $0.00 | FA |
| 3 | checking account located at BB&T | $300.00 | $0.00 | | $0.00 | FA |
| 4 | household goods and furniture | $3,000.00 | $0.00 | | $0.00 | FA |
| 5 | clothing | $500.00 | $0.00 | | $0.00 | FA |
| 6 | miscellaneous jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | 2000 GMC Truck | $6,500.00 | $5,871.87 | | $0.00 | FA |
| 8 | 2008 GMC Envoy | $16,000.00 | $0.00 | | $0.00 | FA |
| 9 | 1986 American Camper | $1,500.00 | $0.00 | | $0.00 | FA |
| 10 | 2008 Honda ATV | $4,000.00 | $0.00 | | $0.00 | FA |
| 11 | Actos Products Liability Litigation (u) | $0.00 | $262,000.00 | | $262,081.03 | FA |
| | **TOTALS (Excluding unknown value)** | **$192,800.00** | **$267,871.87** | | **$262,081.03** | **Gross Value of Remaining Assets $0.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/15/2021 | Re Prop # 11- Correspondence Interested parties regarding order approving settlement |
| 09/15/2021 | Re Prop # 11- Trustee has received funds from litigation settlement. Preparing TFR. |
| 04/08/2021 | Re Prop # 11- Court has approved amended agreed order resolving claim |
| 03/09/2021 | Re Prop # 11- Correspondence Interested parties regarding disbursement schedule of settlement proceeds |
| 11/20/2020 | Re Prop # 11- Correspondence Interested parties regarding negative notice deadline of December 9, 2020 |
| 11/18/2020 | Re Prop # 11- Prepare Amended Notice, Motion, Order regarding settlement of Actos Claim |
| 11/13/2020 | Re Prop # 11- Correspondence to interested parties regarding Notice, Motion, Order regarding settlement of Actos Claim |
| 11/10/2020 | Re Prop # 11- Prepare Notice, Motion, Order regarding settlement of Actos Claim |
| 10/15/2020 | Re Prop # 11- Hearing on Application to employ Ms. Eiland as Special Counsel, Prepare Amended Application |
| 10/15/2020 | Re Prop # 11- Prepare Application and Affidavit to be employ Mr. Goldwater as Special Counsel for Trustee |
| 10/14/2020 | Re Prop # 11- Correspondence Mr. Smith, Claims Administrator regarding settlement breakdown |
| 09/30/2020 | Re Prop # 11- Correspondence Mr. Smith, Claims Administrator for Actos Settlement regarding status |
| 08/18/2020 | Re Prop # 11- Prepare Application and Affidavit to be employ Ms. Eiland as Special Counsel |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 11-10094-RGP | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | RAINES, RONALD LEE AND RAINES, SANDRA GAYLE | Date Filed (f) or Converted (c): | 05/03/2011 (f) |
| For the Period Ending: | 7/11/2022 | §341(a) Meeting Date: | 07/01/2011 |
| | | Claims Bar Date: | 10/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | |
|---|---|---|
| 08/17/2020 | | Re Prop # 11- Follow-up Correspondence Ms. Eiland, counsel handling Actos Action regarding application and affidavit to be employed as Special Counsel |
| 08/14/2020 | | Re Prop # 11- Correspondence Ms. Eiland, counsel handling Actos Action regarding application and affidavit to be employed as Special Counsel |
| 08/14/2020 | | Re Prop # 11- Prepare Application and Affidavit to be employ Ms. Eiland as Special Counsel |
| 07/30/2020 | | Re Prop # 11- Correspondence Honorable Judge Hanna, Court handling Actos Action regarding Trustee's intention to administer property |
| 07/29/2020 | | Re Prop # 11- Teleconference and Correspondence Ms. Eiland, counsel handling Actos Action regarding employment by Trustee as Special Counsel |

Initial Projected Date Of Final Report (TFR):     Current Projected Date Of Final Report (TFR): 01/31/2022     /s/ ROBERT L. JOHNS

ROBERT L. JOHNS

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1  Exhibit 9

| Case No. | 11-10094-RGP | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | RAINES, RONALD LEE AND RAINES, SANDRA GAYLE | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0839 | Checking Acct #: | ******0283 |
| Co-Debtor Taxpayer ID #: | **-***0840 | Account Title: | Estate of Ronald Lee and Sandra Gayle Raines |
| For Period Beginning: | 5/3/2011 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 7/11/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/27/2021 | | ACTOS | Settlement of product liability litigation | * | $120,897.21 | | $120,897.21 |
| | {11} | | Settlement of product liability litigation $262,081.03 | 1149-000 | | | $120,897.21 |
| | | | Special counsel for Trustee Fees $(80,855.19) | 3210-600 | | | $120,897.21 |
| | | | Special counsel for Trustee expenses $(3,595.63) | 3220-610 | | | $120,897.21 |
| | | | Lien Resolution Administrator $(680.00) | 2990-000 | | | $120,897.21 |
| | | | Medicare/Medicaid/Private liens paid per Order entered 4/8/2021 $(30,597.96) | 4220-000 | | | $120,897.21 |
| | | | Multi-District Litigation Common Benefit Fund - Special Counsel Fees $(22,538.97) | 3210-600 | | | $120,897.21 |
| | | | Multi-District Litigation Common Benefit Fund - Special counsel expenses $(2,916.07) | 3220-610 | | | $120,897.21 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $179.70 | $120,717.51 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $173.64 | $120,543.87 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $179.17 | $120,364.70 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $178.91 | $120,185.79 |
| 09/22/2021 | 3001 | RONALD RAINES and SANDRA RAINES | Debtor exemption | 8100-002 | | $40,000.00 | $80,185.79 |
| 12/03/2021 | 3001 | VOID: RONALD RAINES and SANDRA RAINES | | 8100-003 | | ($40,000.00) | $120,185.79 |
| 12/03/2021 | 3002 | United States Bankruptcy Clerk | Exemption paid to Debtors. Debtors' attorney unable to locate Debtors | 8500-002 | | $40,000.00 | $80,185.79 |
| 12/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $134.53 | $80,051.26 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $118.98 | $79,932.28 |
| 02/08/2022 | | Pinnacle Bank | Bank Service Fee Refund | 2600-000 | | ($118.98) | $80,051.26 |
| 02/22/2022 | | Pinnacle Bank | Bank Service Fee Refund | 2600-000 | | ($134.53) | $80,185.79 |
| 02/22/2022 | 3003 | Robert Johns | Trustee Expenses | 2200-000 | | $96.48 | $80,089.31 |
| 02/22/2022 | 3004 | Robert L. Johns | Trustee Compensation | 2100-000 | | $11,487.83 | $68,601.48 |
| 02/22/2022 | 3005 | Turner & Johns PLLC | Final Distribution Claim #: ; | 3120-000 | | $55.23 | $68,546.25 |
| 02/22/2022 | 3006 | Turner & Johns PLLC | Final Distribution Claim #: ; | 3110-000 | | $7,950.00 | $60,596.25 |

SUBTOTALS  $120,897.21  $60,300.96

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-10094-RGP | | Trustee Name: | Robert L. Johns |
| --- | --- | --- | --- | --- |
| Case Name: | RAINES, RONALD LEE AND RAINES, SANDRA GAYLE | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0839 | | Checking Acct #: | ******0283 |
| Co-Debtor Taxpayer ID #: | **-***0840 | | Account Title: | Estate of Ronald Lee and Sandra Gayle Raines |
| For Period Beginning: | 5/3/2011 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 7/11/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2022 | 3007 | RONALD LEE RAINES AND SANDRA GAYLE RAINES | Final Distribution Claim #: ; | 8200-002 | | $57,324.51 | $3,271.74 |
| 02/22/2022 | 3008 | Appalachian Surgical Associates | Final Distribution Claim #: 1; | * | | $3,271.74 | $0.00 |
| | | | Claim Amount $(3,195.00) | 7200-000 | | | $0.00 |
| | | | Interest $(76.74) | 7990-000 | | | $0.00 |
| 06/13/2022 | 3007 | VOID: RONALD LEE RAINES AND SANDRA GAYLE RAINES | | 8200-003 | | ($57,324.51) | $57,324.51 |
| 06/13/2022 | 3009 | United States Bankruptcy Clerk | Debtors' exemptions - unclaimed | 8500-002 | | $57,324.51 | $0.00 |

|  |  |  |
| --- | ---: | ---: |
| TOTALS: | $120,897.21 | $120,897.21 |
| Less: Bank transfers/CDs | $0.00 | $0.00 |
| Subtotal | $120,897.21 | $120,897.21 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $120,897.21 | $120,897.21 |

| For the period of 5/3/2011 to 7/11/2022 | | For the entire history of the account between 04/26/2021 to 7/11/2022 | |
| --- | ---: | --- | ---: |
| Total Compensable Receipts: | $262,081.03 | Total Compensable Receipts: | $262,081.03 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $262,081.03 | Total Comp/Non Comp Receipts: | $262,081.03 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $67,432.01 | Total Compensable Disbursements: | $67,432.01 |
| Total Non-Compensable Disbursements: | $194,649.02 | Total Non-Compensable Disbursements: | $194,649.02 |
| Total Comp/Non Comp Disbursements: | $262,081.03 | Total Comp/Non Comp Disbursements: | $262,081.03 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3   Exhibit 9

| Case No. | 11-10094-RGP | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | RAINES, RONALD LEE AND RAINES, SANDRA GAYLE | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0839 | Checking Acct #: | ******0283 |
| Co-Debtor Taxpayer ID #: | **-***0840 | Account Title: | Estate of Ronald Lee and Sandra Gayle Raines |
| For Period Beginning: | 5/3/2011 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 7/11/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $120,897.21 | $120,897.21 | $0.00 |

**For the period of 5/3/2011 to 7/11/2022**

| Total Compensable Receipts: | $262,081.03 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $262,081.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $67,432.01 |
| Total Non-Compensable Disbursements: | $194,649.02 |
| Total Comp/Non Comp Disbursements: | $262,081.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/03/2011 to 7/11/2022**

| Total Compensable Receipts: | $262,081.03 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $262,081.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $67,432.01 |
| Total Non-Compensable Disbursements: | $194,649.02 |
| Total Comp/Non Comp Disbursements: | $262,081.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT L. JOHNS

ROBERT L. JOHNS