Form fnldecree

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

| | | |
|---|---|---|
| In Re: | Ronald Lee Raines and Sandra Gayle Raines<br>Debtor(s) | Case No.: 1:11−bk−10094<br>Chapter: 7<br>Judge: B. McKay Mignault |

## FINAL DECREE CLOSING CASE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

(1)　The trustee is discharged from the estate of the above named debtor(s) and the bond is cancelled.

(2)　The chapter 7 case of the above named debtor(s) is closed.

Entered: 7/21/22

By the Court
B. McKay Mignault

United States Bankruptcy Judge