# Notice Recipients

District/Off: 0425−1     User: admin     Date Created: 7/21/2022
Case: 1:11−bk−10094     Form ID: fnldecre     Total: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty     Turner & Johns PLLC

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion04.ct.ecf@usdoj.gov
tr     Robert L. Johns     rjohns@turnerjohns.com
aty     Brenda B. Wilmore     brenda.b.wilmore@usdoj.gov
aty     Brian Richard Blickenstaff     bblickenstaff@turnerjohns.com
aty     Paul W. Roop, II     bankruptcy@rooplawoffice.com
aty     Robert L. Johns     rjohns@turnerjohns.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Ronald Lee Raines     Rt. 1 Box 299     Lindside, WV 24951
jdb     Sandra Gayle Raines     Rt. 1 Box 299     Lindside, WV 24951
smg     United States Attorney     Southern District WV     P.O. Box 1713     Charleston, WV 25326−1713
smg     WV Department of Tax & Revenue     Bankruptcy Unit     P.O. Box 766     Charleston, WV 25323−0766

TOTAL: 4