

B. McKay Mignault, Chief Bankruptcy Judge
United States Bankruptcy Court

**Dated: December 7th, 2023**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

| | |
|---|---|
| **SANDRA GAYLE RAINES** | Case No: 11-10094 |
| Debtor. | Chapter 7 |

### ORDER GRANTING MOTION TO DISBURSE UNCLAIMED FUNDS

The Debtor appeared in person and by counsel, Paul W. Roop, II pursuant to Notice of Hearing [DE#105] on October 23, 2023 regarding the Amended Motion to Disburse Unclaimed Funds [DE#104].   Upon testimony of the parties, review of the motion, and the record as a whole, the Court makes the following findings:

1. The Debtor, Sandra Raines, is the only surviving debtor in this action, her husband, Ronald Raines, having passed away on July 4, 2016.

2. No debtor in this action has made a valid assignment of his or her claim to any other party.

3. The Debtor, Sandra Raines, and/or the estate of the debtor, Ronald Raines, is entitled to receive unclaimed funds held by the Clerk for which Receipt Nos. 97774 and 97983 were issued in the amounts of $40,000.00 and $57,324.51, respectively.

It is, therefore, **ORDERED** that Debtor's Amended Motion to Disburse Unclaimed Funds is hereby granted, and all funds held by the Clerk in connection with this case shall be disbursed via check made payable to the Debtor, Sandra Gayle Raines and the Estate of Ronald Lee Raines, and the same shall be mailed to Roop Law Office, LC, PO Box 1145, Beckley, WV

25802-1145, to be held in Counsel's trust account until administration of the late debtor's estate.

                                                        SANDRA GAYLE RAINES
                                                        By Counsel

/s/ Paul W. Roop, II
Paul W. Roop, II (WV State Bar No. 5406)
ROOP LAW OFFICE, LC
PO Box 1145
Beckley, West Virginia 25802
(304)255-7667

Approved by:


/s/ Gary O. Kinder, Esq.
Gary O. Kinder, Esq.
U.S. Trustee's Office
300 Virginia Street East
Room 2025
Charleston, WV 25301
Email: gary.o.kinder@usdoj.gov