# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0425−1 | User: admin | Date Created: 12/8/2023 |
| Case: 1:11−bk−10094 | Form ID: pdf001 | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Robert L. Johns | rjohns@turnerjohns.com |
| aty | Brenda B. Wilmore | brenda.b.wilmore@usdoj.gov |
| aty | Brian Richard Blickenstaff | bblickenstaff@johnswvlaw.com |
| aty | Gary O. Kinder | gary.o.kinder@usdoj.gov |
| aty | Paul W. Roop, II | bankruptcy@rooplawoffice.com |
| aty | Robert L. Johns | rjohns@turnerjohns.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Ronald Lee Raines | Rt. 1 Box 299 | Lindside, WV 24951 |
| jdb | Sandra Gayle Raines | 132 Webster Street | Princeton, WV 24740 |

TOTAL: 2